# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| PATRICIA THIEFFRY, Derivatively and on Behalf of SYNCHRONOSS TECHNOLOGIES, INC., | **ORDER** |
| Plaintiff, | Civil Action No. 3:17-cv-07173(FLW)(LHG) |
| v. |  |
| STEPHEN G. WALDIS, WILLIAM J. CADOGAN, THOMAS J. HOPKINS, JAMES M. MCCORMICK, DONNIE M. MOORE, KAREN L. ROSENBERGER, RONALD W. HOVSEPIAN, and JOHN FREDERICK, |  |
| Defendants, |  |
| -and- |  |
| SYNCHRONOSS TECHNOLOGIES, INC., |  |
| Nominal Defendant. |  |
| KIRK LAUGHLIN, Derivatively and on Behalf of SYNCHRONOSS TECHNOLOGIES, INC., |  |
| Plaintiff, | Civil Action No. 3:17-cv-09039(FLW)(LHG) |
| v. |  |
| STEPHEN G. WALDIS, WILLIAM J. CADOGAN, THOMAS J. HOPKINS, JAMES M. MCCORMICK, DONNIE M. MOORE, ROBERT E. GARCIA, LAWRENCE IRVING, KAREN L. ROSENBERGER, RONALD W. HOVSEPIAN, and JOHN FREDERICK, |  |
| -and- |  |

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., | |
| Nominal Defendant. | |
| _____ | |
| LISA LEBOEUF, Individually and on Behalf of SYNCHRONOSS TECHNOLOGIES, INC., | |
| Plaintiff, | Civil Action No. 3:17-cv-09766(FLW)(LHG) |
| v. | |
| STEPHEN G. WALDIS, WILLIAM J. CADOGAN, THOMAS J. HOPKINS, JAMES M. MCCORMICK, and DONNIE M. MOORE, | |
| -and- | |
| SYNCHRONOSS TECHNOLOGIES, INC., | |
| Nominal Defendant. | |
| _____ | |
| LARRY A. COLTRANE, Derivatively and on Behalf of SYNCHRONOSS TECHNOLOGIES, INC., | |
| Plaintiff, | Civil Action No. 3:17-cv-10062(FLW)(LHG) |
| v. | |
| STEPHEN G. WALDIS, WILLIAM J. CADOGAN, THOMAS J. HOPKINS, JAMES M. MCCORMICK, DONNIE M. MOORE, KAREN L. ROSENBERGER, RONALD W. HOVSEPIAN, and JOHN FREDERICK, | |
| -and- | |
| SYNCHRONOSS TECHNOLOGIES, INC., | |
| Nominal Defendant. | |
| _____ | |

- 1 -

- 2 -

**THIS MATTER** having come before the Court on competing applications for lead plaintiff and counsel filed by the Rosen Law Firm and Johnson Fistel, LLP, counsel for Plaintiffs Patricia Thieffry and Kirk Laughlin; Harwood Feffer LLP and Schnader Harrison Segal & Lewis LLP, counsel for Plaintiff Larry A. Coltrane; and Block & Levitan, LLP and Gardy & Notis LLP, counsel for Plaintiff Lisa LeBoeuf; it appearing that the parties also move to consolidate the above-captioned matters; the Court having reviewed the submissions in connection with the applications pursuant to Fed. R. Civ. P. 78; for the reasons set forth in the Opinion being filed on this date; and for good cause shown;

**IT IS** on this 23rd day of May, 2018,

**ORDERED AS FOLLOWS**:

1. The above captioned cases, *Thieffry v. Waldis, et al.*, Civil Action No. 17-cv-07173 (FLW) (LHG), *Laughlin v. Waldis, et al.*, Civil Action No. 17-cv-09039 (FLW) (LHG), *Coltrane v. Waldis, et al.,* Civil Action No. 17-cv-09766 (FLW) (LHG), and *LeBoeuf v. Waldis, et al.*, Civil Action No. 17-cv-10062 (FLW) (LHG), are hereby consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a);

2. These actions shall be referred to herein as the "Consolidated Actions."  This Order shall apply to the Consolidated Actions and to any case that is subsequently filed in this Court that relates to the same subject matter as the Consolidated Actions;

3. Every pleading in the Consolidated Actions shall bear the following Caption:

- 3 -

| | |
|---|---|
| IN RE SYNCHRONOSS TECHNOLOGIES, INC. DERIVATIVE LITIGATION _____ THIS DOCUMENT RELATES TO: ALL ACTIONS | Civil Action No. 13-cv-07173 (FLW) (LHG) [TITLE OF DOCUMENT] |

4. Plaintiff Lisa LeBoeuf is hereby appointed as Lead Plaintiff.

5. The law firm of Block & Levitan, LLP is hereby appointed as Lead Counsel and the law firm of Gardy & Notis LLP is hereby appointed as Liaison Counsel in the Consolidated Actions.

6. The motions filed by Plaintiffs Thieffry, Laughlin, and Coltrane are **DENIED**.

　　　　　　　　　　　　　　　　　___/s/   Freda L. Wolfson_____
　　　　　　　　　　　　　　　　　Hon. Freda L. Wolfson, U.S.D.J.