**MORGAN, LEWIS & BOCKIUS LLP**
(*A Pennsylvania Limited Liability Partnership*)
Harvey Bartle IV (NJ ID No. 028792003)
502 Carnegie Center
Princeton, NJ 08540
Tel:  609-919-6600
Fax:  609-919-6701

*Attorneys for Defendants Stephen G. Waldis,*
*William J. Cadogan, Thomas J. Hopkins,*
*James M. McCormick, Donnie M. Moore, and*
*Nominal Defendant Synchronoss Technologies, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SYNCHRONOSS TECHNOLOGIES, INC. DERIVATIVE LITIGATION | Civil Action No. 17-cv-07173 (FLW)(LHG) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF DEFENDANTS' MOTION TO DISMISS THE AMENDED DERIVATIVE COMPLAINT

*Oral Argument Requested*

**PLEASE TAKE NOTICE** that upon the Memorandum of Law submitted by Defendants Stephen G. Waldis, William J. Cadogan, Thomas J. Hopkins, James M. McCormick, and Donnie M. Moore, and Nominal Defendant Synchronoss Technologies, Inc., Defendants hereby move this Court for an order dismissing, with prejudice, the Amended Derivative Complaint, dated July 13, 2020, pursuant to Federal Rules of Civil Procedure 23.1 and 12(b)(6).

Dated:  September 11, 2020

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Harvey Bartle IV*

Harvey Bartle IV (NJ ID No. 028792003)
502 Carnegie Center
Princeton, NJ 08540-6241
Tel: (609) 919.6600
harvey.bartle@morganlewis.com

– and –

Jordan D. Hershman (admitted *pro hac vice*)
Jason D. Frank (admitted *pro hac vice*)
Michael D. Blanchard (admitted *pro hac vice*)
Emily E. Renshaw (admitted *pro hac vice*)
One Federal Street
Boston, MA 02110-1726
Tel: (617) 951-8455
jordan.hershman@morganlewis.com
jason.frank@morganlewis.com
michael.blanchard@morganlewis.com
emily.renshaw@morganlewis.com

*Attorneys for Defendants Stephen G. Waldis, William J. Cadogan, Thomas J. Hopkins, James M. McCormick, Donnie M. Moore, and Nominal Defendant Synchronoss Technologies, Inc.*

## **CERTIFICATE OF SERVICE**

I, Harvey Bartle IV, hereby certify that on September 11, 2020, I served the Motion to Dismiss the Amended Derivative Complaint by filing the same via ECF to distribute to all counsel of record.

Dated: September 11, 2020  /s/ *Harvey Bartle IV*
                            Harvey Bartle IV