UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SYNCHRONOSS TECHNOLOGIES, INC. SECURITIES LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | Civil Action No. 17-7173 (FLW) (LHG) <br><br> **ORDER** |

**THIS MATTER** having been opened to the Court by Harvey Bartle, Esq., counsel for Defendants Stephen G. Waldis, William J. Cadogan, Thomas J. Hopkins, James M. McCormick, and Donnie M. Moore and Nominal Defendant Synchronoss Technologies, Inc. (collectively, "Defendants") on a Motion to Dismiss the Amended Complaint, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23.1, on the basis that Lisa Leboeuf ("Lead Plaintiff") has not adequately alleged demand futility; it appearing that Lead Plaintiff, through her counsel, Jennifer Sarnelli, Esq., opposes the motion; the Court having considered the submissions of the parties without oral argument, pursuant to Fed. R. Civ. P. 78; for the reasons set forth in the Opinion filed on this date, and for good cause shown,

**IT IS** on this 30th day of April, 2021,

**ORDERED** that Defendants' Motion to Dismiss the Amended Complaint [ECF No. 88] is **GRANTED**.

/s/ Freda L. Wolfson
Freda L. Wolfson
U.S. Chief District Judge