UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-2055

In re Synchronoss Technologies

(U.S. District Court No.: 3-17-cv-07173)

**ORDER**

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    December 13, 2021
TMM/cc:   Harvey Bartle IV, Esq.
Jeffrey C. Block, Esq.
Jordan D. Hershman, Esq.
Mr. William T. Walsh

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate